# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WILLIAM D. CARROLL,

    Plaintiff,

v.                                  CASE NO. 4:16cv150-RH/CAS

STATE OF FLORIDA,
STATE ATTORNEYS OFFICE,
PUBLIC DEFENDER'S OFFICE
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on July 7, 2016.

                                          s/Robert L. Hinkle
                                          United States District Judge